## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BERRY MORROW                                                                         PLAINTIFF
ADC #143825

V.                                    NO: 5:14CV00333 JM/HDY

WILLIAM STRAUGHN *et al.*                                                         DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for injunctive relief (docket entry #19) is DENIED.

DATED this 30th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE