## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BERRY MORROW      PLAINTIFF
ADC #143825

V.      NO: 5:14CV00333 JM/PSH

WILLIAM STRAUGHN *et al*      DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's claims against the Doe defendants are DISMISSED WITHOUT PREJUDICE.

DATED this 29th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE