IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BERRY MORROW                                                                                          PLAINTIFF
ADC #143825

V.                                    NO: 5:14CV00333 JM/PSH

WILLIAM STRAUGHN *et al*                                                                      DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Berry Morrow, a former Arkansas Department of Correction ("ADC") inmate, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on September 5, 2014. On May 23, 2016, after mail sent to Morrow at his ADC address of record was returned as undeliverable, the Court entered an order directing Morrow to file a change of address notice with his current mailing address within 30 days, and warned him that his failure to do so would result in the recommended dismissal of his complaint (Doc. No. 53). More than 30 days have passed, and Morrow has not updated his address or otherwise responded to the Court's order. Morrow is not listed as a current inmate on the public

1

websites maintained by the ADC or the Federal Bureau of Prisons. Under these circumstances, the Court concludes that Morrow's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion). In light of this recommendation, all pending motions should be denied as moot.

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Berry Morrow's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. All pending motions be DENIED AS MOOT.

3. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 28th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE