**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

BERRY MORROW                                                                                          PLAINTIFF
ADC # 143825

V.                                            NO: 5:14CV00333 JM

WILLIAM STRAUGHN *et al*                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 18th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE